UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD R. SOCASH          Plaintiff,Vs.C.K. O'NEAL, OPERATIONS MANAGER, COLLECTIONS, INTERNAL REVENUE SERVICE, AUSTIN          Defendant. | Case No. 3:22-CV-0021 (DNH/ML)CIVIL RIGHTS COMPLAINT SUIT IN EQUITY |

**LETTER OF CONCERN TO THE COURT**

*[Stamp: U.S. DISTRICT COURT - N.D. OF N.Y. FILED MAR 1 8 2022 AT ___ O'CLOCK ___ John M. Domurad, Clerk - Binghamton]*

1) Plaintiff is writing to make the Court aware that the Defendant is an **employee of the United States** and may take up to **SIXTY (60) days** to serve on the Plaintiff an answer to his complaint. Therefore, Plaintiff is concerned about the Defendant complying with the Court's timetable and how it may affect the Court.

2) Plaintiff duly completed Service of Process by Mail on Defendant on Saturday, March 5, 2022; USPS Tracking # is: 9114902200789684075947 and filed Proof of Service of Process with the Clerk of Court on March 10, 2022, thus fulfilling the requirements that Service of Process be made within sixty (60) days from the initial filing date of complaint (January 11, 2022) and Proof of Service of Process being filed with Clerk's Office no later than five (5) business days after service.

2) Plaintiff is aware, pursuant to General Order #25, a Case Management Conference needs to be completed no later than 21 days (i.e. March 31, 2022) before the Rule 16 conference scheduled for April 20, 2022 and a Case Management Plan Worksheet submitted to Clerk's Office no later than seven days before said conference (i.e. April 13, 2022).

Sincerely Yours,

_[signature] Sual Agent of Record_      March 18, 2022
Richard R. Socash                              Date


COPY

NORTHERN DISTRICT OF NEW YORK | United States District Court

**Plaintiff / Petitioner:**
Richard R. Socash
**Defendant / Respondent:**
Coleen Kathleen O'Neal

**AFFIDAVIT OF SERVICE**
Civil Action No.:
3:22-CV-0021 (DNH/ML)

The undersigned, deposes and says; deponent is not a party herein, is over 18 years of age, and receives mail at PO Box 202, Phillips, ME 04966. That on Sat, Feb 26, 2022, at 5:10 PM AT 44 CHARLES TAYLOR LN, BURNHAM, ME 04922-3138 deponent served the within Summons in a Civil Action, Notice of Telephone Conference, civil rights complaint suit in equity, and exhibits on Coleen Kathleen O'Neal.

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☒ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; on 2/18/2022, 2/19/2022, & 2/26/2022

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 89 Valley View Ave, Bradford MA 01835, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, from Phillips, ME 04966. Mailed on 25FEB2022. The USPS forwarded the service pack mailing to the defendant in Cobb County, Georgia, & delivered it on 5MAR2022. The USPS Tracking# is 9114902200789684075947.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____ Ethnicity: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Eyes: _____ Relationship: _____
Other: _____

_____
Morgen Silver

Sworn to before me on March 9, 2022
_____
Notary Public

CYNTHIA EGAN
NOTARY PUBLIC
STATE OF MAINE
MY COMM. EXP. JULY 22, 2025

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 1 0 2022
AT _____ O'CLOCK
John M. Domurad, Clerk - Binghamton

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

# NOTICE
## 3:22-CV-0021 (DNH/ML)
### THE ATTACHED FILING ORDER IS A TIME SENSITIVE DOCUMENT

This filing order is to be served on all parties to the action along with the complaint or petition for removal within **sixty (60) days** of filing this action.

The attached Civil Case Management Plan must be completed and filed with the clerk no later than **seven (7) days** prior to the conference date referenced below.

CONFERENCE DATE/TIME: **April 20, 2022, at 1:30 PM**

CONFERENCE LOCATION: **All conferences will be conducted by way of telephone conference. The parties are directed to call (877) 402-9753 and enter access code 9983518.**

BEFORE MAGISTRATE JUDGE: **MIROSLAV LOVRIC**

CONTENTS:

- General Order #25 (Filing Order)

- Case Management Plan

- Case Assignment and Filing Locations

- Consent Form to Proceed before U.S. Magistrate Judge

**NOTE: ALL CIVIL ACTIONS SHALL BE REFERRED INTO THE NORTHERN DISTRICT'S PILOT MANDATORY MEDIATION PROGRAM EXCEPT THOSE CASES THAT HAVE BEEN DESIGNATED AS EXEMPT UNDER SECTION 2.1 (A) OF GENERAL ORDER #47.** If the ADR track below has been checked, this case will be referred into the Mandatory Mediation Program. Counsel are directed to review the Pilot Mandatory Mediation Plan prior to the Rule 16 Conference. Please refer to General Order #47 - Pilot Mandatory Mediation Program which is available on the Court's website at www.nynd.uscourts.gov.

_X_ Conventional Track