UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
RICHARD R. SOCASH,                      :
                                        :
          *Plaintiff,*                  :
                                        :
          *v.*                          :     No 3:22-cv-0021-DNH-ML
                                        :
C.K. O'NEAL,                            :
                                        :
          *Defendant.*                  :
----------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Daniel M. Caves, Trial Attorney, U.S. Department of Justice, Tax Division, having the contact information in the signature block below, appears as counsel for the defendant.

Respectfully Submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Daniel M. Caves*
DANIEL M. CAVES
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-514-6058 (v)
202-514-5238 (f)
Daniel.M.Caves@usdoj.gov